UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - -

**FILED**
December 8, 2023 1:44 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: JJM SCANNED BY: /10-18

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHAID URIEL JUARICO-CERVANTES,

    Defendant.
_____/

1:23-cr-146
**Paul L. Maloney**
United States District Judge

**FELONY INFORMATION**

The United States Attorney charges:

**(Transfer of a Firearm to a Prohibited Person)**

In or about the summer of 2016, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

SHAID URIEL JUARICO-CERVANTES,

knowing and having reasonable cause to believe that CN-P was an alien illegally and unlawfully in the United States, knowingly sold and disposed of a Bryco Arms 9mm semi-automatic pistol to CN-P in exchange for $250.

18 U.S.C. § 922(d)(5)(A)
18 U.S.C. § 924(a)(2)

MARK A. TOTTEN
United States Attorney

Dated: 12/7/23

*Donald Daniels*
DONALD DANIELS
Assistant United States Attorney